J S - 6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMAN LUIS MACARIO HERNANDEZ,<br>Petitioner,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>Respondents. | No. 5:26-cv-02875-SSS-PVC<br><br>**JUDGMENT** |

Pursuant to the Court's Order dismissing the case and petition as moot, IT IS HEREBY ADJUDGED that the Petition is **DISMISSED AS MOOT**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 9, 2026

Honorable Sunshine S. Sykes
United States District Judge